# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
REV. 1/90

| | |
|---|---|
| IN UNITED STATES | ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
| IN THE CASE OF | USA vs. Maurice Jackson |
| | FOR AT: Magistrate Judge, United States District |

**FILED** MAR 20 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

LOCATION NUMBER: NDIL

DOCKET NUMBERS
District Court: 08CR 211-1

PERSON REPRESENTED (Show your full name): Maurice Jackson

1 ☒ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor

18 USC 1344 and 2

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No
- Name and address of employer: Pace
- IF YES, how much do you earn per month? $1,800
- If married is your Spouse employed? ☐ Yes ☐ No

**OTHER INCOME**: No

**CASH**: Yes — $60 dollars

**PROPERTY**: Yes — Value $1,000 — 1994 Dodge Inpredit

**OBLIGATIONS & DEBTS**

**DEPENDENTS**: ☒ Separated or Divorced — Total No. of Dependents: 3

**DEBTS & MONTHLY BILLS**:
- Rent — $ ____ / $ ____
- Utilities — $ 250
- Pay Day Loan — $420.00 / $48.00
- Auto Ins — $29.00
- Child care — $ ____ / $556.00

I certify the above to be correct.

SIGNATURE OF DEFENDANT: /s/ Maurice Jackson — 3/20/08

**WARNING**: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.