# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 211 - 1 | **DATE** | 7/29/2008 |
| **CASE TITLE** | USA vs. MAURICE JACKSON | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty to count 1 and enters plea of guilty to count 1. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing set for 10/16/08 at 12:00 p.m.

Docketing to mail notices.

00:30



| | Courtroom Deputy Initials: | CG |
|---|---|---|